UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER DIGIACINTO, 5246 Loughboro Road, NW, Washington, D.C. 20016, on behalf of the General Public of the District of Columbia,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC.<br>333 Continental Boulevard<br>El Segundo, California 90245<br><br>And<br><br>FISHER-PRICE, INC.,<br>636 Girard Avenue<br>East Aurora, New York 14502,<br><br>Defendants. | Case No. _____ |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

Pursuant to LCVR of the Local Rules of the United States District Court for the District of Columbia and Federal Rule of Civil Procedure 7.1, Defendants Mattel, Inc. ("Mattel") and Fisher-Price, Inc. ("Fisher-Price") by their undersigned counsel state as follows:

1. Defendant Mattel is a publicly-traded company. Based upon an SEC filing, Barclays Global Investors, N.A., owns at least 10% of Mattel's common stock. Barclays Global Investors, N.A., appears to be a subsidiary of Barclays PLC, which is a publicly traded company.

2. Defendant Fisher-Price is a wholly-owned subsidiary of Mattel.

3. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 19, 2007

_____
JOHN B. WILLIAMS (D.C. Bar 257667)
DANIELLE M. HOHOS (D.C. Bar 485633)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3939

*Attorneys for Defendants*
*Mattel, Inc. and Fisher-Price, Inc.*

I certify that on October 19, 2007, a true and correct copy of the Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served by via United States mail, postage prepaid, to the following counsel of record:

Karen J. Marcus
Mila F. Bartos
Tracy Rezvani
FINKELSTEIN THOMPSON LLP
The Duval Foundry
1050 30th Street NW
Washington, D.C. 20007

Rosemary Rivas
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665
San Francisco, California 94111

_____