AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Jennifer DiGiacinto, 5246 Loughboro Road, NW,
Washington DC 20016, on behalf of the General Public
of the District of Columbia,   )
                   Plaintiff(s)   )   **APPEARANCE**
                                  )
                                  )
                   vs.            )   CASE NUMBER
Mattel, Inc. 333 Continental Blvd, El Segundo, CA 90245  )
And Fisher-Price, Inc., 626 Girard Ave. East Aurora, NY  )
14502.                            )
                   Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  John B. Williams  as counsel in this
                                (Attorney's Name)

case for:  Mattel, Inc. and Fisher-Price, Inc.
           (Name of party or parties)


10/19/2007
Date

D.C. Bar 257667
BAR IDENTIFICATION

_[signature]_
Signature

John B. Williams
Print Name

Jones Day 51 Louisiana Ave, NW
Address

Washington DC 20001
City           State           Zip Code

(202)897-3939
Phone Number