# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3678
jbwilliams@jonesday.com

JP008761                    November 9, 2007

**RECEIVED**

NOV - 9 2007

**Judge Robertson**

BY HAND

Honorable James Robertson
United States District Court Judge
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:  DiGiacinto v. Mattel, Inc. and Fisher-Price, Inc. - CA 07-1896

Dear Judge Robertson:

    I write on behalf of the Defendants, Mattel, Inc. and Fisher-Price, Inc., in the above referenced matter. This letter is to inform you that Defendants have filed notice with the Judicial Panel on Multidistrict Litigation to have this action reviewed, along with other similar actions, for consolidation through the multidistrict litigation process under 28 U.S.C. § 1407. *See* attachment. The Judicial Panel on Multidistrict Litigation will hear arguments related to the consolidation of actions brought against Mattel and Fisher-Price on November 29, 2007. As such, Defendants respectfully request that this Court remove the Initial Scheduling Conference, currently scheduled for November 13, 2007, from its calendar pending the decision of the Judicial Panel on Multidistrict Litigation. Defendants will provide the Court with a status update in late December and inform the Court as to the outcome of the multidistrict litigation proceedings. Defendants have conferred with Plaintiff's counsel and they have agreed to this request. However, should the Court require a formal motion to grant Defendants' request, we are happy to file such a motion. Thank you for your consideration.

                                            Very truly yours,

                                            John B. Williams

Cc: Karen J. Marcus, Esq.
    Rosemary Rivas, Esq.