UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNIFER DIGIACINTO,                :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 07-1896 (JR)
                                    :
MATTEL, INC., *et al.*,             :
                                    :
        Defendants.                 :

## ORDER

The status update promised for late December has not materialized. The parties are directed to file the report contemplated by Local Rule 16.3, or, in the alternative a report on the status of proceedings before the MDL Panel, by January 16, 2008.


                                JAMES ROBERTSON
                         United States District Judge