# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNIFER DIGIACINTO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MATTEL, INC.** | § | **Case No. 1:07-cv-01896-JR** |
| | § | |
| **And** | § | |
| | § | |
| **FISHER-PRICE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT REPORT ON STATUS OF PROCEEDINGS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to the Court's January 3, 2008 Order, Plaintiff Jennifer DiGiacinto and Defendants Mattel, Inc. and Fisher-Price, Inc., respectfully submit the following report on the status of proceedings before the Judicial Panel on Multidistrict Litigation ("JPML").

On December 18, 2007, the JPML entered a Transfer Order, which transferred eleven actions to the Central District of California and the Honorable Dale S. Fischer for coordinated or consolidated proceedings. *See* Exhibit A. While this action was not one of those eleven actions, the JPML, at note 1 of the Transfer Order, identified seven other related actions, including the current case pending before this Court, that have been designated as potential tag-along actions under Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Pursuant to the JPML Rules, therefore, the Clerk of the JPML issued a Conditional

Transfer Order on January 3, 2008, transferring this action and another as tag-along actions to

the Central District of California.  *See* Exhibit B.  Notice of Opposition to the Conditional

Transfer Order is due on or before January 18, 2008.  None of the parties to this action intend to

object to the transfer.  Therefore, because no party intends to object, it is clear that this action

will be made part of the MDL proceeding and transferred to the Central District of California as

soon as the fifteen day period to object expires.


Dated:  January 9, 2008


__*/s/ KAREN J. MARCUS*_____          */s/ DANIELLE M. HOHOS*_____

KAREN J. MARCUS                                     JOHN B. WILLIAMS (D.C. Bar 257667)
MILA F. BARTOS                                      DANIELLE M. HOHOS (D.C. Bar 485633)
TRACY REZVANI                                       JONES DAY
FINKELSTEIN THOMPSON LLP                            51 Louisiana Avenue, N.W.
The Duval Foundry                                   Washington, D.C.  20001-2113
1050 30th Street NW                                 202-879-3939
Washington, D.C. 20007
                                                    *Attorneys for Defendants*
ROSEMARY RIVAS                                      *Mattel, Inc. and Fisher-Price, Inc.*
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665                    **Of Counsel:**
San Francisco, California 94111
                                                    Hugh R. Whiting
*Attorneys for Plaintiff*                           JONES DAY
                                                    717 Texas, Suite 3300
                                                    Houston, TX  77002
                                                    Telephone:  (832) 239-3939

                                                    Thomas E. Fennell
                                                    Michael L. Rice
                                                    JONES DAY
                                                    2727 N. Harwood St.
                                                    Dallas, TX 75201
                                                    Telephone:  (214) 220-3939

WAI-2858860v1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 9, 2008, a true and correct copy of DEFENDANTS' REPORT ON STATUS OF PROCEEDINGS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION was served by electronic mail through the Court's CM/ECF system.


_____*/s/ Danielle M. Hohos*_____

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JENNIFER DIGIACINTO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MATTEL, INC.** | § | **Case No. 1:07-cv-01896-JR** |
| | § | |
| **And** | § | |
| | § | |
| **FISHER-PRICE, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT REPORT ON STATUS OF PROCEEDINGS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to the Court's January 3, 2008 Order, Plaintiff Jennifer DiGiacinto and Defendants Mattel, Inc. and Fisher-Price, Inc., respectfully submit the following report on the status of proceedings before the Judicial Panel on Multidistrict Litigation ("JPML").

On December 18, 2007, the JPML entered a Transfer Order, which transferred eleven actions to the Central District of California and the Honorable Dale S. Fischer for coordinated or consolidated proceedings. *See* Exhibit A. While this action was not one of those eleven actions, the JPML, at note 1 of the Transfer Order, identified seven other related actions, including the current case pending before this Court, that have been designated as potential tag-along actions under Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Pursuant to the JPML Rules, therefore, the Clerk of the JPML issued a Conditional

Transfer Order on January 3, 2008, transferring this action and another as tag-along actions to

the Central District of California.  *See* Exhibit B.  Notice of Opposition to the Conditional

Transfer Order is due on or before January 18, 2008.  None of the parties to this action intend to

object to the transfer.  Therefore, because no party intends to object, it is clear that this action

will be made part of the MDL proceeding and transferred to the Central District of California as

soon as the fifteen day period to object expires.

Dated:  January 9, 2008

___/s/ KAREN J. MARCUS_____           /s/ DANIELLE M. HOHOS_____

KAREN J. MARCUS                                   JOHN B. WILLIAMS (D.C. Bar 257667)
MILA F. BARTOS                                    DANIELLE M. HOHOS (D.C. Bar 485633)
TRACY REZVANI                                     JONES DAY
FINKELSTEIN THOMPSON LLP                          51 Louisiana Avenue, N.W.
The Duval Foundry                                 Washington, D.C.  20001-2113
1050 30th Street NW                               202-879-3939
Washington, D.C. 20007
                                                  *Attorneys for Defendants*
ROSEMARY RIVAS                                    *Mattel, Inc. and Fisher-Price, Inc.*
FINKELSTEIN THOMPSON LLP
601 Montgomery Street, Suite 665                  **Of Counsel:**
San Francisco, California 94111
                                                  Hugh R. Whiting
*Attorneys for Plaintiff*                         JONES DAY
                                                  717 Texas, Suite 3300
                                                  Houston, TX  77002
                                                  Telephone:  (832) 239-3939

                                                  Thomas E. Fennell
                                                  Michael L. Rice
                                                  JONES DAY
                                                  2727 N. Harwood St.
                                                  Dallas, TX 75201
                                                  Telephone:  (214) 220-3939

WAI-2858860v1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 9, 2008, a true and correct copy of DEFENDANTS' REPORT ON STATUS OF PROCEEDINGS BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION was served by electronic mail through the Court's CM/ECF system.


_____ */s/ Danielle M. Hohos* _____

# EXHIBIT B

# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C.  20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov

January 3, 2008

TO INVOLVED COUNSEL

Re:  MDL No. 1897 -- IN RE: Mattel, Inc., Toy Lead Paint Products Liability Litigation

(See Attached CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter.  This matter is transferred pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001).  Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action.  These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court.  Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:  <u>January 18, 2008</u> (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel <u>Rules</u> before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By
Deputy Clerk

Attachments

JPML Form 39

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2008

FILED
CLERK'S OFFICE

**IN RE: MATTEL, INC., TOY LEAD PAINT PRODUCTS
LIABILITY LITIGATION**

| | |
|---|---|
| Amy Harrington v. Mattel, Inc., et al., ) | |
| N.D. California, C.A. No. 3:07-5110 ) | MDL No. 1897 |
| Jennifer DiGiacinto v. Mattel, Inc., et al., ) | |
| D. District of Columbia, C.A. No. 1:07-1896 ) | |

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 18, 2007, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Dale S. Fischer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Fischer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 18, 2007, and, with the consent of that court, assigned to the Honorable Dale S. Fischer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MATTEL, INC., TOY LEAD PAINT PRODUCTS
LIABILITY LITIGATION                                    MDL No. 1897

### INVOLVED COUNSEL LIST (CTO-1)

Danielle Marie Hohos
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001

Elwood G. Lui
JONES DAY
555 South Flower
50th Floor
Los Angeles, CA 90071

Karen J. Marcus
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Suite 601
Washington, DC 20007

Julio Ramos
35 Grove Street
Suite 103
San Francisco, CA 94102

Thomas A. Rector
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104-1500

Michael L. Rice
JONES DAY
2727 North Harwood Street
Dallas, TX 75201

Hugh R. Whiting
JONES DAY
717 Texas Avenue, Suite 3300
Houston, TX 77002

RULE 5.2:    SERVICE OF PAPERS FILED

     (a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

     (b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

     (c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

     (d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

     (e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.