

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535
Fax: (213)894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

January 31, 2008

Clerk, United States District Court
District of Columbia

*CA 07-1896 JR*

Re: MDL __1897__    In Re: __MATTEL INC., ET AL.__

Transfer of your Civil Case No. 1:07-1896

Case Title: __JENNIFER DIGIACINTO -VS- MATTEL INC., ET AL.__

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning Judge Dale S. Fischer to preside over this litigation, we are transmitting herewith a certified copy of conditional transfer order from the MDL Panel. We have assigned the following case number to this case: __CV08- 684 DSF (AJWx)__
Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By: __NLONGORI__
Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel

CV-118 (05/00)    **LETTER REQUESTING TRANSFER OF MDL CASE TO THIS DISTRICT**